UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 23-cv-20524-RAR

POINT LAKE CONDOMINIUM ASSOCIATION,
    Plaintiff(s),
vs.

SCOTTSDALE INSURANCE COMPANY,
    Defendant.
_____/

**MEDIATION DISPOSITION REPORT**

    A Mediation Conference in this cause was held on September 27, 2023, and all the parties and representatives were present and participated or were excused by agreement. The following was the result of the mediation.

   **XXXX**       1. An AGREEMENT was reached.

   _____    2. NO AGREEMENT was reached.

   _____    3. A PARTIAL AGREEMENT was reached.

   _____    4. The proceedings were adjourned, and mediation hearing is **continued**, to be reset upon agreement of counsel.

Respectfully submitted,

/S/ Curtis Hutchens
Curtis Hutchens, Esquire
Florida Bar No.: 814105
Curtishutchens@CHMediation.com
268 Dow Court
Green Cove Springs, Florida, 32043
Tel 904-563-2475

Dated this 28th day of September 2023.
Copies furnished to all counsel of record via eservice.