UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20524-RAR

**POINT LAKE CONDOMINIUM
ASSOCIATION, INC.**,

    Plaintiff,

v.

**SCOTTSDALE INSURANCE COMPANY**,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Final Mediation Report, [ECF No. 23], indicating that the parties have reached an agreement and settled this matter in its entirety. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

4. Any pending deadlines are hereby **TERMINATED.**

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**